### ALEX. GRAY *v.* THE STATE.

INDICTMENT for theft of cattle need not have charged them to be "work steers," but, so charging, affirmative proof that they were "work steers" was essential to a conviction. Proof to the contrary operates as a fatal variance.

APPEAL from the District Court of Comal. Tried below before the Hon. T. M. PASCHAL.

The conviction was for the theft of two head of cattle charged in the indictment to be work steers. The punishment assessed was a term of four years in the penitentiary.

The opinion sufficiently discloses the case.

*Ireland & Burges,* for the appellant.

*H. Chilton,* Assistant Attorney General, for the State.

WHITE, P. J. There was no necessity that the pleader should in his indictment have described the animals alleged to have been stolen as "work steers," but, having done so, it was a part of the descriptive identity of the animals, and essential to be proven. Having failed to prove they were "work steers," the evidence showing on the contrary they were not work steers, the variance between the allegation and proof is fatal, and the judgment of conviction must be reversed. *Warrington* v. *State,* 1 Texas Ct. App. 168; Clark's Crim. Law of Texas, p. 544 and note; *Cameron* v. *State,* 9 Texas Ct. App. 332.

This disposes of the appeal, and it is unnecessary under the present indictment to discuss the other questions raised in the record. The judgment is reversed and the cause remanded.

*Reversed and remanded.*